**Grace Tan GO, Petitioner,**

v.

**EriC H. HOLDER, Jr., Attorney General, Respondent.**

No. 11–73256.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 15, 2014.

Filed March 7, 2014.

Stacy Tolchin, Law Offices of Stacy Tolchin, Los Angeles, CA, for Petitioner.

ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, OIL, Don George Scroggin, Esquire, Trial, U.S. Department of Justice, Washington, DC, for Respondent.

Before: WALLACE and GRABER, Circuit Judges, and MILLS, Senior District Judge.*

MEMORANDUM **

Grace Tan Go petitions from the Board of Immigration Appeals' (Board) denial of her motion to reopen under the Convention Against Torture (CAT). In a concurrently filed published opinion, we address the Board's denial of Roderick Lim Go's motion to reopen. Both motions to reopen were predicated on the same "new evidence," both were denied by the Board for the same reasons, and this appeal presents the same arguments as are presented in Roderick Lim Go's appeal.

Accordingly, for the reasons stated in the concurrently filed published opinion, we also deny in part and dismiss in part this appeal.

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

---

* The Honorable Richard Mills, Senior District Judge for the U.S. District Court for the Central District of Illinois, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.